STATE OF CONNECTICUT *v.* NOEL ACOSTA, JR.

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 174 (AC 29954), is denied.

*Norman A. Pattis* and *K. Murray Smith,* in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided April 7, 2010

STATE OF CONNECTICUT *v.* PRISCILLA C. DICKMAN

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 581 (AC 29995), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Norman A. Pattis,* in support of the petition.

*Rocco A. Chiarenza,* special deputy assistant state's attorney, in opposition.

Decided April 7, 2010